UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| KEVIN TOMMIE HALL, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:19-cv-00478-JPH-MJD |
| | ) | |
| WATSON, | ) | |
| | ) | |
| Respondent. | ) | |

**Order Transferring Action to the Middle District of Florida**

Petitioner Kevin Tommie Hall, a federal inmate currently incarcerated in the U.S. Penitentiary Coleman II in Coleman, Florida, has filed a petition under 28 U.S.C. § 2241, challenging his sentence in view of 28 U.S.C. § 2255(e), generally known as the Savings Clause.

The "default rule" is that a § 2241 petition must be brought where the Petitioner's immediate custodian is located unless some other provision of law can be found granting another district court jurisdiction. *Rumsfeld v. Padilla*, 542 U.S. 426, 442 (2004). District courts are limited to granting habeas relief "within their respective jurisdictions," which limits proceedings to the federal district in which the petitioner is detained. 28 U.S.C. § 2241(a); *Rumsfeld*, 542 U.S. at 442; *al-Marri v. Rumsfeld*, 360 F.3d 707, 709 (7th Cir. 2004) (citing *Wales v. Whitney*, 114 U.S. 564, 574 (1885); *Carbo v. United States*, 364 U.S. 611, 617 (1961)). Moreover, 28 U.S.C. §§ 2242 and 2243 are directed to the person who *currently* has custody over the petitioner.

Because Mr. Hall is currently incarcerated in Coleman, Florida, the district court with jurisdiction over a § 2241 petition is in the Middle District of Florida. 28 U.S.C. § 127(b).

Based on the foregoing, this action is **transferred** to the United States District Court for the Middle District of Florida. The clerk is **directed** to transfer this action to the United States

District Court, Middle District of Florida, Ocala Division. Following completion of the transfer, the clerk is **directed** to close this action on the docket.

**SO ORDERED.**

Date: 11/5/2020

                                             James Patrick Hanlon
                                             United States District Judge
                                             Southern District of Indiana

Distribution:

KEVIN TOMMIE HALL
03671-031
COLEMAN - II USP
COLEMAN II U.S. PENITENTIARY
Inmate Mail/Parcels
P.O. BOX 1034
COLEMAN, FL 33521

James Robert Wood
UNITED STATES ATTORNEY'S OFFICE (Indianapolis)
bob.wood@usdoj.gov