UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

KEVIN TOMMIE HALL,

    Petitioner,

v.                                       Case No: 5:20-cv-541-BJD-PRL

WATSON and WARDEN, FCC
COLEMAN - USP II,

    Respondents.

## ORDER

The United States District Court for the Southern District of Indiana has rescinded its transfer order. See Order (Doc. 37).

Accordingly, it is

**ORDERED:**

1. This Court relinquishes jurisdiction of this matter.

2. The **Clerk** shall electronically transfer this case back to the Southern District of Indiana and close the file.

**DONE AND ORDERED** at Jacksonville, Florida, this 25th day of February 2021.

_____
BRIAN J. DAVIS
United States District Judge

Jax-6
c:
Kevin tommie Hall
Counsel of Record